| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MATTHEW FOLLIS, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:22-CV-499
§
LIBERTY COUNTY, §
§
    Defendant. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Matthew Follis, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#18) is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit. The dismissal of this lawsuit is based on plaintiff's failure to provide the court with a current address. If plaintiff wishes to have this case reinstated, he may do so by providing the court with a new address within 30 days of the date set forth below.

    SIGNED at Beaumont, Texas, this 12th day of July, 2023.

                                                */s/ Marcia A. Crone*
                                              MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE