| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MATTHEW FOLLIS,

    Plaintiff,

versus                                            CIVIL ACTION NO. 1:22-CV-499

LIBERTY COUNTY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

A final judgment was previously entered dismissing this lawsuit pursuant to Federal Rule of Civil Procedure 41(b). The dismissal was based on plaintiff's failure to provide the court with a current address.

After the final judgment was entered, plaintiff informed the court of his new address and filed two motions asking that the case be reopened. The court is of the opinion the motions should be granted.

### ORDER

Plaintiff's motions to reopen this case (#s 22 and 23) are **GRANTED**. The final judgment previously entered (#20) is **VACATED**.

SIGNED at Beaumont, Texas, this 18th day of December, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE